**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KENNETH R. MICKAS and YASMINA K. MICKAS, | No. 09-17150 |
| Plaintiffs - Appellants, | D.C. No. 2:08-cv-01347-SRB |
| v. | MEMORANDUM[*] |
| NATIONAL CASUALTY INSURANCE COMPANY, | |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted June 15, 2011[**]

Before:   CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Kenneth R. Mickas and Yasmina K. Mickas appeal pro se from the district

court's judgment dismissing their diversity action alleging fraud against their

former insurance company.  We have jurisdiction under 28 U.S.C. § 1291.  We

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

review de novo a dismissal for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order). We affirm.

The district court properly dismissed the second amended complaint because plaintiffs failed to allege sufficient facts to state a fraud claim on the basis of defendant's alleged misrepresentations regarding plaintiffs' cab company. *See Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009) ("[A] complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." (citation and internal quotation marks omitted)); *Echols v. Beauty Built Homes, Inc.*, 647 P.2d 629, 631 (Ariz. 1982) (stating elements of fraud claim under Arizona law).

Plaintiffs' remaining contentions are unpersuasive.

Plaintiffs' "Objection to Notice of Appearance" and "Objection to Notice of Disassociation" are denied.

**AFFIRMED.**